IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| EMMANUELA OBI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-184 |
| | ) |
| LAMBERT NGOKA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Indeed, rather than objecting to the Report and Recommendation, Plaintiff filed a motion conveying her intent to dismiss her case. (Doc. no. 8.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action. Because this case is due to be dismissed for the reasons explained in the Report and Recommendation, Plaintiff's motion to withdraw is **MOOT**. (Doc. no. 8.)

SO ORDERED this 28th day of October, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA